84

660 A.2d 1316

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Major FROST, Appellant.**

Supreme Court of Pennsylvania.

Submitted Dec. 7, 1994.

Decided June 19, 1995.

Bryan S. Walk, for M. Frost.

Richard E. Guida, for Com.

Before: NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## *ORDER*

PER CURIAM.

Appeal DISMISSED as improvidently granted.

MONTEMURO, Senior Justice, is sitting by designation.